UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:12-cr-0054-TWP-TAB |
| | ) | |
| ROGER DALE RAINES, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On May 26, 2022, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on May 12, 2020. Defendant Raines appeared in person with his appointed counsel Leslie Wine. The government appeared by Kyle Sawa, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Brent Witter.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Raines of his rights and ensured he had a copy of the Petition. Defendant Raines orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Raines admitted violation number 1 as set forth in the Petition. [Docket No. 70.]

3. The allegation to which Defendant admitted, as fully set forth in the Petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall report to the probation office in the judicial district which you are released within 72 hours of release from the custody of the Bureau of Prisons."** |
| | Mr. Raines was released from the Bureau of Prisons on May 5, 2020. He has failed to report within the 72 hour mandated reporting period. His whereabouts are unknown and he has absconded from supervision. |

4. The Court finds that:

   (a) The highest grade of violation is a Grade C violation.

   (b) Defendant's criminal history category is V.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 7 to 13 months' imprisonment.

5. The parties jointly recommended a sentence of twenty-four months incarceration, with no supervised release to follow. Defendant requested placement at FCI Englewood, Colorado. Defendant further requested referral for mental health treatment.

6. The twenty-four month sentence recommended by the parties is above the range set forth in the sentencing guidelines. The government, without objection, justified the upward departure with the following facts: The underlying offense committed by the Defendant was a failure to register as a sex offender, arising from a rape committed by the Defendant. This is the third supervised release violation for the Defendant since he was released from custody. Defendant absconded for two years prior to his arrest on this supervised release violation, and there is no evidence to suggest that he registered as a sex offender, as required, during that period.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions set forth in the

Petition, and recommends that Defendant's supervised release be revoked, and that Defendant be sentenced to the custody of the Attorney General or his designee for a period of twenty-four months, with no supervised release to follow.  The Magistrate Judge further recommends Defendant's placement at FCI Englewood, Colorado.  The Magistrate Judge further recommends that Defendant be referred for mental health treatment.  The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

    The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.  The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated:  27 MAY 2022

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system